David Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorney for Plaintiff,*
*WILLIAM T. MARHOLD*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM T. MARHOLD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION; USAA FEDERAL SAVINGS BANK; WEINSTEIN & RILEY, P.S.,<br><br>Defendants. | Case No. 2:18-cv-01621-KJD-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO DEFENDANT WEINSTEIN & RILEY, P.S., ONLY** |

Plaintiff, WILLIAM T. MARHOLD and Defendant WEINSTEIN & RILEY, P.S. hereby stipulate and agree that the above-entitled action shall be dismissed in accordance

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WEINSTEIN & RILEY, P.S.**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 22, 2018

/s/Shawn W. Miller
Shawn W. Miller, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff,
William T. Marhold*

/s/ Charles L. Kennon III
Charles L. Kennon III, Esq.
Weinstein & Riley, P.S.
6785 S Eastern Avenue
Suite 4
Las Vegas, NV 89779-3947

*Attorney for Defendant,
Weinstein & Riley, P.S.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/23/2018