Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendant*
*PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM T. MARHOLD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION; USAA FEDERAL SAVINGS BANK; WEINSTEIN & RILEY, P.S.,<br><br>Defendants. | CASE NO. 2:18-cv-01621-KJD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PHH MORTGAGE CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff William T. Marhold ("Plaintiff") and Defendant PHH Mortgage Corporation ("PHH") stipulate and agree that PHH may have up to and including December 17, 2018 to respond to Plaintiff's complaint (ECF No. 1). This additional time will accommodate the schedule of counsel, provide time for the parties to investigate Plaintiff's allegations and for PHH to prepare a response.

{Continued on Next Page.}

This is the parties' first request to extend this deadline, and it is made in good faith and not for purposes of delay.

DATED this 4th day of December, 2018.

| HAINES & KRIEGER, LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ David H. Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>8985 S. Eastern Ave., Suite 350<br>Henderson, Nevada 89123 | By: /s/ Holly Ann Priest<br>Joel Tasca<br>Nevada Bar No. 14124<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| *Attorney for Plaintiff* | *Attorneys for Defendant PHH Mortgage Corporation* |

**ORDER**
IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12-06-2018