UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM T. MARHOLD,<br><br>　　　　　　　　Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES LLC, *et al.*,<br><br>　　　　　　　　Defendant. | Case No. 2:18-cv-01621-KJD-GWF<br><br>**ORDER** |

On December 6, 2018, the Court granted the parties' Stipulation to Extend Time for PHH Mortgage Corporation to Respond to Plaintiff's Complaint (ECF No. 1). ECF No. 23. Upon review of the Court docket, an Amended Complaint (ECF No. 19) was filed on October 26, 2018. The stipulation should apply to the operative complaint. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Extend Time for PHH Mortgage Corporation to Respond to Plaintiff's Complaint shall apply to the First Amended Complaint (ECF No. 19).

DATED this 7th day of December, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE