Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendant*
*PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM T. MARHOLD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION; USAA FEDERAL SAVINGS BANK; WEINSTEIN & RILEY, P.S.,<br><br>Defendants. | CASE NO. 2:18-cv-01621-KJD-GWF<br><br>**STIPULATED AND** ~~PROPOSED~~ **ORDER TO AMEND SCHEDULING ORDER (ECF NO. 14)**<br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1 and LR 26-4, Plaintiff William Marhold (Marhold"), USAA Federal Savings Bank ("USAA") and Defendant PHH Mortgage corporation ("PHH") (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate to amend the Scheduling Order approved on October 12, 2018 (ECF No. 28). This is the Parties first request for an extension of the subject deadlines.

A. <u>Discovery completed</u>: The parties have served initial disclosures. Marhold has served written discovery, to which responses are pending.

B. <u>Discovery to Be Completed</u>:

    1. Continued production of documents as they are located;

    2.  Written discovery responses;

    3.  Deposition of Parties and third parties.

  C.  <u>Current Discovery Deadlines</u>:

    1.  Discovery cut-off: April 3, 2019

    2.  Dispositive motions: May 3, 2019

    3.  Joint pretrial order: August 6, 2019

  D.  <u>Reason for Extending Discovery Plan Deadlines</u>

The Parties seek to extend discovery and scheduling dates 60 days. This brief extension would give counsel for PHH additional time to investigate the facts, as PHH only answered the complaint on December 20, 2018. Further, the short extension will give the parties additional time to discuss a possible resolution.

  E.  <u>Proposed Schedule for Completed Discovery:</u>

Accordingly, all Parties hereby stipulate and jointly request that the Court enter an Amended Scheduling Order to establish the following deadlines:

    1.  Discovery cut-off: June 3, 2019

    2.  Dispositive motions: July 3, 2019

    3.  Joint pretrial order: October 7, 2019

**[Continued on Next Page.]**

The Parties make this request in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 13th day of March, 2019.

| HAINES & KRIEGER, LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Shawn W. Miller<br>    David H. Krieger<br>    Nevada Bar No. 9086<br>    Shawn W. Miller<br>    Nevada Bar No. 7825<br>    8985 S. Eastern Ave., Suite 350<br>    Henderson, Nevada 89123 | By: /s/ Holly Ann Priest<br>    Joel Tasca<br>    Nevada Bar No. 14124<br>    Holly Ann Priest<br>    Nevada Bar No. 13226<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135 |
| *Attorney for Plaintiff* | *Attorneys for Defendant PHH Mortgage Corporation* |

ALVERSON TAYLOR & SANDERS

By: /s/ Trevor R. Waite
    Trevor R. Waite, Esq.
    Nevada Bar No. 6228
    6605 Grand Montecito Parkway
    Suite 200
    Las Vegas, Nevada 89149

*Attorney for USAA Federal Savings Bank*

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 14, 2019