David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, WILLIAM T. MARHOLD*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM T. MARHOLD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION; USAA FEDERAL SAVINGS BANK; WEINSTEIN & RILEY, P.S.,<br><br>Defendants. | Case No. 2:18-cv-01621-KJD-EJY<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>USAA FEDERAL SAVINGS BANK ONLY</u>** |

Plaintiff WILLIAM T. MARHOLD and Defendant, USAA FEDERAL SAVINGS BANK, hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, USAA FEDERAL SAVINGS BANK**.  Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: August 23, 2019

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff,*<br>*WILLIAM T. MARHOLD* | /s/Trevor R. Waite, Esq.<br>Trevor R. Waite, Esq.<br>Alverson, Taylor, Mortensen & Sanders<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, NV 89149<br>*Attorney for Defendant,*<br>*USAA FEDERAL SAVINGS BANK* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:  8/26/2019